1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALVIN CUMMINGS, an individual, | No. 2:21-cv-01053-JHC |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO EXTEND THE EXPERT DISCLOSURE DEADLINE |
| vs. | |
| JOHN DOE 1-10, Individuals and SAFEWAY INC., a foreign profit corporation, | |
| Defendant(s). | |

This matter came before the above-entitled Court upon the Stipulated Motion to Extend the Expert Disclosure Deadline.

The Court has reviewed the records and files herein, including the following:

1. Stipulated Motion to Extend the Expert Disclosure Deadline.

IT IS HEREBY ORDERED that:

The Stipulated Motion to Extend the Expert Disclosure Deadline is **GRANTED** and it is hereby ordered that the pretrial deadlines are continued as below:

//

//

ORDER GRANTING STIPULATED MOTION TO EXTEND THE EXPERT DISCLOSURE DEADLINE – PAGE 1
CAUSE NO. 2:21-cv-01053

3315801 / 824.0093

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

| Description | Current Date | Proposed Date |
|---|---|---|
| Disclosure of Expert Witnesses | September 26, 2022 | November 21, 2022 |

Dated: September 23, 2022

_____
Honorable John H. Chun
United States District Judge

*Presented by:*
*Notice of Presentation Waived;*
*Approved as to form:*

/s/ Barry J. Wallis
Barry J. Wallis, WSBA #37425
Attorney for Plaintiff

*Presented by:*
*Notice of Presentation Waived;*
*Approved as to form:*

FORSBERG & UMLAUF, P.S.

_____
Kimberly Reppart, WSBA #30643
Attorneys for Defendant

ORDER GRANTING STIPULATED MOTION TO EXTEND THE EXPERT DISCLOSURE DEADLINE – PAGE 2
CAUSE NO. 2:21-cv-01053

3315801 / 824.0093

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX