UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALVIN CUMMINGS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE 1-10, Individuals and SAFEWAY INC., a foreign profit corporation,<br><br>Defendant(s). | No. 2:21-cv-01053-TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE<br><br>**[CLERK'S ACTION REQUIRED]** |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 26th day of October, 2022.        Dated this 19th day of October, 2022.

FORSBERG & UMLAUF, P.S.                      WALLIS LAW FIRM, PLLC

_____              _____
Kimberly A. Reppart, WSBA #30643             Barry J. Wallis, WSBA #37425
Alexandra E. Ormsby, WSBA #52677             Attorneys for Plaintiff
Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – PAGE 1
CAUSE NO. 2:21-cv-01053
3333544 / 824.0093

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

# ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

DONE this __26th__ day of __October__, 2022.

_____
Hon. John H. Chun
United States District Judge

*Presented by:*

FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart, WSBA #30643
Alexandra E. Ormsby, WSBA #52677
Attorneys for Defendant

*Approved for Entry;*
*Notice of Presentation Waived:*

WALLIS LAW FIRM, PLLC

_____
Barry J. Wallis, WSBA #37425
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – PAGE 2
CAUSE NO. 2:21-cv-01053
3333544 / 824.0093

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX